# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

129056 & (31)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARTHA A. SAMPLES and
VIRGINIA E. SAMPLES,
      Plaintiffs-Appellees/
      Cross-Appellants,

v

SC: 129056
COA: 255516
Mackinac CC: 2003-005656-CH

HUGH B. WEST, ROBERT B. BAKER,
and ROBERT M. DAILY, JR., and JOHN
R. NAUM, Co-Trustees of the ANCHORAGE
TRUST AGREEMENT,
      Defendant-Appellants/
      Cross-Appellees.

_____/

      On order of the Court, the application for leave to appeal the June 2, 2005 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

p1121